IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| INEZ KIMBERLY ENGLEBERT, | * | |
| SCOTT ENGLEBERT, | | CIVIL ACTION FILE NO: |
|    PLAINTIFFS | * | |
| V. | * | 4-13-CV-219 (CDL) |
| BUDZIK & DYNIA, LLC | * | |
| or its successor in interest | | |
|    DEFENDANT | * | |

## DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses with prejudice the above stated matter.

Respectfully submitted,

/s/*John W. Roper*
John W. Roper, Esq.
Georgia Bar No. 614159
johnroper@roperlaw.com

THE ROPER LAW FIRM
5353 Veterans Parkway, Suite D
Columbus, GA 31904
(706) 596-5353

Attorney for Plaintiffs

Dated: October 11, 2013

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| INEZ KIMBERLY ENGLEBERT, | * | |
| SCOTT ENGLEBERT, | | CIVIL ACTION FILE NO: |
|    PLAINTIFFS | * | |
| | | |
| V. | * | 4-13-CV-219 (CDL) |
| | | |
| BUDZIK & DYNIA, LLC | * | |
| or its successor in interest | | |
|    DEFENDANT | * | |

**CERTIFICATE OF SERVICE**

I certify that, on October 11, 2013, I electronically filed the foregoing DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

    Terrence Fogarty, Esq.
    DYNIA & ASSOCIATES, LLC.
    d/b/a Budzik & Dynia, LLC.
    4849 N. Milwaukee Ave., Suite 801
    Chicago, IL.  60630
    (773) 945-0596
    tfogarty@dyniallc.com.

                         */s/ John W. Roper*
                         John W. Roper